

3257 W. Sarazen's Circle · Memphis, Tennessee 38125 · 901.322.8025 phone · 901.322.8026 facsimile

March 15, 2011

Hon. J. Daniel Breen
United States District Courthouse, Room 444
Jackson, TN 38301

    Re:    Varsity Brands vs. Bill Sills d/b/a Bill Sills Sportswear
            Docket No.: 1:10-cv-01164-egb

Dear Judge Breen:

    Please find attached a proposed Order Allowing Substitution of Counsel for the Defendants which I offer for your consideration. Per this Order the undersigned will be substituted as counsel for the defendants in the place of William Bradley and the Glankler Brown law firm.

    I've consulted with both Mr. Bradley and Michael Richards, counsel for the plaintiffs, regarding this Order. Neither have any objections to same.

    Thanks for your consideration in the above.

                                          Very truly yours,

                                          Robert D. Flynn

Enclosure
cc: William R. Bradley, Jr., Esq.
     Michael Richards, Esq.